# THE HOWLEY LAW FIRM P.C.

1345 AVENUE OF THE AMERICAS, 2ND FLOOR
NEW YORK, NEW YORK 10105
(212) 601-2728
JHOWLEY@HOWLEYLAWFIRM.COM

August 21, 2023

<u>Via ECF</u>

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Magtoles v. United Staffing Registry, Inc.*, 21 Civ. 1850 (PK) (E.D.N.Y.)

**Joint Status Report**

Dear Judge Kuo:

      I am counsel of record for the plaintiff class in the above-captioned action. On behalf of the attorneys for all parties, I submit this joint status report.

      The parties have reached an agreement to settle all claims in this action on a class-wide basis. Plaintiffs provided defendants with a draft settlement agreement last Thursday. We expect to file a joint motion for preliminary approval of the settlement agreement and a notice of settlement to all class members by August 28, 2023.

      Respectfully submitted,

      */s John J.P. Howley*

      John J.P. Howley