UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARY GRACE MAGTOLES, AIRA C. TAN,
ANA MYRENE ESPINOSA, and ANA MERVINE  :      1:21 Civ. 01850 (PK)
ESPINOSA, individually and on behalf of all others
similarly situated,                                               :      **NOTICE OF MOTION FOR**
                                                                         **PRELIMINARY APPROVAL**
                            Plaintiffs,              :      **OF CLASS ACTION**
                                                                         **SETTLEMENT AND NOTICE**
              -vs-                                      :      **TO CLASS MEMBERS**


UNITED STAFFING REGISTRY, INC. d/b/a           :
United Home Care, and BENJAMIN H. SANTOS,

                                                                  :

                            Defendants.
-----------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the annexed Declaration of John J.P. Howley, the

exhibits annexed thereto, the accompanying memorandum of law, and all prior proceedings had

herein, plaintiffs Mary Grace Magtoles, Aira C. Tan, Ana Myrene Espinosa, and Ana Mervine

Espinosa will move this Court, at a date and time set at the Court's earliest convenience, for an

Order granting preliminary approval of a settlement of this class action, approval of a Notice of

Settlement to class members, and such other relief as the Court deems just and proper.

Defendants do not oppose this motion.

Dated: New York, New York            THE HOWLEY LAW FIRM P.C.
             September 29, 2023

                                                          */s John J.P. Howley*
                                         By:_____
                                                  John J.P. Howley
                                                  Leandro B. Lachica
                                                  *Attorneys for the Plaintiff Class*
                                                  1345 Avenue of the Americas, 2nd Floor
                                                  New York, New York  10105
                                                  (212) 601-2728