UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MARY GRACE MAGTOLES, AIRA C. TAN,
ANA MYRENE ESPINOSA, and ANA MERVINE  :       1:21 Civ. 01850 (PK)
ESPINOSA, individually and on behalf of all others
similarly situated,                   :       **NOTICE OF MOTION
                                              FOR FINAL APPROVAL**
                         Plaintiffs,  :       **OF CLASS ACTION
                                              SETTLEMENT**

            -vs-                      :


UNITED STAFFING REGISTRY, INC. d/b/a  :
United Home Care, and BENJAMIN H. SANTOS,
                                      :
                         Defendants.
---------------------------------------------------------------X

     PLEASE TAKE NOTICE that, upon the annexed Declarations of John J.P. Howley and

Leandro B. Lachica, the exhibits annexed thereto, the accompanying memorandum of law, and

all prior proceedings had herein, plaintiffs Mary Grace Magtoles, Aira C. Tan, Ana Myrene

Espinosa, and Ana Mervine Espinosa will move this Court, on March 5, 2024 at 11:00 a.m., or as

soon thereafter as counsel may be heard, for an Order granting final approval of a settlement of

this class action, including the amounts of attorneys' fees and costs to be paid to class counsel,

and such other relief as the Court deems just and proper.

     Defendants do not oppose this motion.

Dated: New York, New York            THE HOWLEY LAW FIRM P.C.
      February 26, 2024

                                     */s John J.P. Howley*
                                     By:_____
                                         John J.P. Howley
                                         Leandro B. Lachica
                                     *Attorneys for the Plaintiff Class*
                                     1345 Avenue of the Americas, 2nd Floor
                                     New York, New York  10105
                                     (212) 601-2728